# IN THE SUPREME COURT OF THE STATE OF NEVADA

RANDY MERWIN STONE,
Appellant,
vs.
THE STATE OF NEVADA,
Respondent.

No. 83222

**FILED**

JAN 14 2022

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

This is a pro se appeal from a district court order denying a motion to vacate a judgment of conviction. Eighth Judicial District Court, Clark County; Michael Villani, Judge.

Our review of this appeal reveals a jurisdictional defect. The right to appeal is statutory; where no statute or court rule provides for an appeal, no right to appeal exists. *Castillo v. State*, 106 Nev. 349, 352, 792 P.2d 1133, 1135 (1990). No statute or court rule provides for an appeal from a motion to vacate a judgment of conviction. The grounds for relief asserted in the motion had to be raised in a postconviction petition for a writ of habeas corpus.[1] NRS 34.724(2)(a), (b) (providing that except for a direct appeal from the judgment of conviction or a motion that is incident to the proceedings in the district court, a habeas corpus petition is the exclusive remedy to challenge the validity of a conviction or sentence); *Harris v. State*,

---

[1]We express no opinion whether appellant can satisfy the procedural requirements of NRS Chapter 34.

22 - 01465

130 Nev. 435, 438-39, 329 P.3d 619, 622 (2014) (discussing the exclusive-remedy provision and exceptions to it). Accordingly, we

ORDER this appeal DISMISSED.

_____, C.J.
Parraguirre

_____, J.
Hardesty

_____, J.
Pickering

cc:    Hon Michael Villani, District Judge
       Randy Merwin Stone
       Attorney General/Carson City
       Clark County District Attorney
       Eighth District Court Clerk